IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| **LYNNE D. YOUNG,** | * | |
| Plaintiff | * | |
| v. | * | CIVIL NO. JKB-13-2787 |
| **Y OF CENTRAL MARYLAND,** | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### MEMORANDUM AND ORDER

On September 20, 2013, Lynne D. Young filed this case claiming employment discrimination by the Y of Central Maryland ("YCM"). (ECF No. 1.) Young was granted leave to proceed *in forma pauperis*, and after she returned to the Clerk her completed U.S. Marshal form for service of process, the U.S. Marshal was charged with the task of effectuating timely service of process. (ECF Nos. 3 & 4.) The Marshal's office failed to complete the task in a timely fashion, and through no fault of Young, her case was dismissed on February 27, 2014, for failure to serve YCM within 120 days of filing the complaint, as required by Federal Rule of Civil Procedure 4(m). (ECF No. 6.) Several months later, the Marshal's office filed notice that service had been made on YCM on February 12, 2014. (ECF No. 7.) YCM has filed nothing in the case.

When the Court discovered the sequence of events occurring in this case, the undersigned sent a letter to Young asking whether she wanted the case reopened (ECF No. 8), and she has now responded that she does want the case reopened so she can pursue her claim (ECF No. 9).

Her motion will be granted, and YCM shall be required to answer or otherwise respond.

Accordingly, it is hereby ORDERED:

1. The Court's prior order dismissing the case (ECF No. 6) is VACATED.

2. Plaintiff's motion to reopen the case (ECF No. 9) is GRANTED.

3. The Marshal's service of Defendant on February 12, 2014, shall be deemed timely.

4. Defendant shall answer or otherwise respond to Plaintiff's complaint within 21 days of the date of this order.

5. The Clerk's Office shall ensure that a copy of this memorandum and order is mailed to Mr. John K. Hoey, Y of Central Maryland, 303 W. Chesapeake Avenue, Towson, MD 21204, and an additional copy to Y of Central Maryland, 20 S. Charles Street, Ste. 600, Baltimore, MD  21201-3278.  The Clerk shall also mail a copy to Plaintiff at the address on file with the Court.

DATED this 10th day of June, 2014.

BY THE COURT:

/s/
James K. Bredar
United States District Judge